Case 2:10-bk-63211-VZ    Doc 3    Filed 12/15/10    Entered 12/15/10 10:50:32    Desc
Case Com Def Ntc (Manual)    Page 1 of 1

| **United States Bankruptcy Court**<br>**Central District Of California** | |
|---|---|
| In re:<br>Thomas A Lawson | CHAPTER NO.: 13 |
| | CASE NO.: 2:10–bk–63211–VZ |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2–1]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)
☑ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3–6(b)]
X   Declaration re: Electronic filing

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

      Chapter 13     Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: <u>December 14, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Janice Lawrence</u>**
**Deputy Clerk**

mccdn – Revised 12/2009                                                                                                                            **3 – 1 / JLL**