| United States Bankruptcy Court Central District Of California | |
|---|---|
| In re:<br>Thomas A Lawson | CHAPTER NO.: 13 |
| | CASE NO.: 2:10−bk−63211−VZ |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Summary of Schedules (Official Form B6). [Court Manual, section 2−1]
☒ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2−1]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2−1]
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)
☒ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3−6(b)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

      Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

                                                                       **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: December 14, 2010

                                                                        **By: Janice Lawrence**
                                                                           **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: jlawrence              Page 1 of 1          Date Rcvd: Dec 15, 2010
Case: 10-63211                Form ID: ccdn                Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 17, 2010.
db         +Thomas A Lawson,   18 Willoughby Ave,   Brooklyn, NY 11205-3308

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2010**                    **Signature:**    _Joseph Speetjens_