Form odspb–odspab VAN–21)
Rev. 12/09

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Thomas A Lawson

**BANKRUPTCY NO.** 2:10–bk–63211–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–3947
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/4/11

**Address:**
18 Willoughby Ave
Brooklyn, NY 11205

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

With a 180 Day Restriction against being a debtor, 11 U.S.C.

Dated: January 4, 2011

By the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form odspb–odspab VAN–21) Rev. 12/09

**9 / LB2**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: lbangleC              Page 1 of 2              Date Rcvd: Jan 04, 2011
Case: 10-63211                Form ID: odspb              Total Noticed: 37
```

The following entities were noticed by first class mail on Jan 06, 2011.
```
db           +Thomas A Lawson,    18 Willoughby Ave,    Brooklyn, NY 11205-3308
smg           Employment Development Dept.,     Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
28142823     +Abn Amro Mortgage Grou,    Po Box 9438,    Gaithersburg, MD 20898-9438
28142824     +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
28142826     +Astoria Federal Saving,    One Astoria Fed Pl,    Lake Success, NY 11042-1076
28142828     +Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
28142830     +Celink,   3900 Capitol City Blvd,    Lansing, MI 48906-2147
28142831     +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
28142832      Chase-mnhtn,    Pob 77279,    Houston, TX 77279
28142834     +Citibankna,    1000 Technology Dr,    O Fallon, MO 63368-2239
28142835     +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
28142836     +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
28142838      Equifax,    PO Box 144717,    Orlando, FL 32814-4717
28142839      Equifax Information Services, LLC,     PO Box 740256,    Atlanta, GA 30374-0256
28142840      Experian,    NCAC,   PO Box 9556,    Allen, TX 75013-9556
28142841      Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
28142842     +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
28142843     +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
28142844     +Meridian Financial Svc,    21 Overland Industrial B,    Asheville, NC 28806-1376
28142846    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court:  Nissan-infiniti Lt,      2901 Kinwest Pkwy,    Irving, TX 75063)
28142845     +Ncb Ne Er,    4661 East Main St,    Columbus, OH 43251-0001
28142848     +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
               Chicago, IL 60661-3631
28142849      Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022
28142850     +Verizon New York Inc,    500 Technology Dr,    Weldon Spring, MO 63304-2225
28142852     +Wash Mutual,    231 East Avenue,    Albion, NY 14411-1616
28142855     +Wf/wb Cc,    P O Box 3117,    Winston Salem, NC 27102-3117
```

The following entities were noticed by electronic transmission on Jan 05, 2011.
```
smg           EDI: EDD.COM Jan 05 2011 01:43:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Jan 05 2011 01:43:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA 95812-2952
28142825     +EDI: AMEREXPR.COM Jan 05 2011 01:43:00      Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
28142827     +EDI: BANKAMER2.COM Jan 05 2011 01:43:00      Bank Of America,    Po Box 17054,
               Wilmington, DE 19850-7054
28142829     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
               Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
28142833     +EDI: CITICORP.COM Jan 05 2011 01:43:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
28142837     +EDI: TSYS2.COM Jan 05 2011 01:43:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
28142847     +EDI: CITICORP.COM Jan 05 2011 01:43:00      Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
28142851      EDI: FUNB.COM Jan 05 2011 01:43:00      Wachov/ftu,    Po Box 3117,    Winston Salem, NC 27102
28142853     +EDI: WFFC.COM Jan 05 2011 01:43:00      Wells Fargo Bank Nv Na,    P O Box 31557,
               Billings, MT 59107-1557
28142854     +EDI: WFFC.COM Jan 05 2011 01:43:00      Wells Fargo Hm Mortgag,    Po Box 10335,
               Des Moines, IA 50306-0335
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-2           User: lbangleC              Page 2 of 2                Date Rcvd: Jan 04, 2011
Case: 10-63211                 Form ID: odspb              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2011**              **Signature:**    *Joseph Speetjens*